NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**WINVIEW IP HOLDINGS LLC,**
*Appellant*

**v.**

**FANDUEL, INC.,**
*Appellee*

2024-1651

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01306.

**ON MOTION**

### O R D E R

Upon consideration of WinView IP Holdings LLC's unopposed motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b) and the parties' agreement as to the allocation of costs,

IT IS ORDERED THAT:

(1) The motion is granted.  The appeal is dismissed.

2                          WINVIEW IP HOLDINGS LLC v. FANDUEL, INC.

(2)  Each party shall bear its own costs.

FOR THE COURT



August 19, 2024                          Jarrett B. Perlow
     Date                                     Clerk of Court

ISSUED AS A MANDATE:  August 19, 2024